Commonwealth *v.* Trowery, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*C. Barry Buckley,* for petitioner.

*William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 4, 1969:

Petitioner was convicted of robbery and he appealed to the Superior Court, which affirmed. A petition for allocatur followed. The petition was prepared by petitioner; counsel has merely furnished a backer and a typist. This is clearly not the "representation in the role of an advocate" which we require. *Commonwealth v. Stancell,* 435 Pa. 301, 256 A. 2d 798 (1969).

The record is remanded to the hearing court so that counsel can file a proper petition for allocatur.